FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 27 2007 ★

BROOKLYN OFFICE

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

ROBERT C. HEINEMANN
CLERK

PLEASE REPLY TO:
☑ BROOKLYN OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

☐ LONG ISLAND OFFICE
UNITED STATES DISTRICT COURT
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK
11722-4438

Clerk of the Court
United States District Court
Southern District of Texas
1217 Bob Casey
United States Courthouse
515 Rusk Street
Houston, TX   77002-2600

United States Courts
Southern District of Texas
FILED

AUG 1 7 2007

Michael N. Milby, Clerk

Re: Louis Edward Lutz, Jr. v.
The President of USA, et al.,

Our Case No: 07-cv-3280 (NGG)(LB)
H 07-2736
Your Case No: _____

Pursuant to the order of ___USMJ Bloom, dated 8|9|07___

transferring the above-referenced proceeding, the following documents are herewith enclosed:

___X___  Certified copy of order of transfer

___X___  Certified copy of docket entries

___X___  Entire File

_____  Other: _____

_____

Kindly acknowledge receipt of the above-cited documents on the enclosed copy of this letter.

Yours truly,

ROBERT C. HEINEMANN
Clerk of Court

By: _____
Deputy Clerk
Sonia Galeano, dated 8|16|07

Encl.
As Stated

cc: Case File

_____
Received By

AUG 1 7 2007
_____
Date

**CLERK**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS



Hasler
Mailed From 08/24/2007 77002
$00.410
US POSTAGE

U.S Court House
225 Cadman Plaza East
Brooklyn, New York
11201